UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDREW TORO,

*on behalf of himself and all others similarly situated,*

Plaintiff,

-v.-

MISS BABS HAND-DYED YARNS & FIBERS, INC.,

Defendant.

23 Civ. 1985 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

On May 19, 2023, the parties submitted a proposed case management plan and joint letter ahead of the May 23, 2023 initial pretrial conference in this case. (Dkt. #9). However, because the parties are at an impasse regarding potential bifurcated discovery, and because Defendant has still not answered the Complaint (despite the Court's urging of Defendant to do so), the May 23, 2023 initial pretrial conference is hereby **ADJOURNED to May 30, 2023, at 12:00 p.m.** Defendant is ORDERED to file an answer to the Complaint by **May 26, 2023.** Should Defendant fail to do so, Plaintiff is directed to move for a default judgment.

SO ORDERED.

Dated: May 22, 2023
New York, New York

KATHERINE POLK FAILLA
United States District Judge